IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 1:13cr383-LO-11 |
| | ) | |
| | ) | The Hon. Liam O'Grady |
| TIMOTHY McCLAIN | ) | |
| Defendant | ) | Motions hearing date: May 2, 2014 |
| | | Trial date: October 7, 2014 |

DEFENDANT McCLAIN'S MOTION FOR LEAVE TO FILE ADDITIONAL MOTIONS

TIMOTHY R. McCLAIN, by and through counsel, requests that the court allow counsel

additional time to file motions, if necessary, and would offer the court the following:

The discovery process is ongoing.  As counsel investigates Mr. McClain's defense and as

discovery continues, further motions may be required.  Should additional facts or legal issues

arise, counsel requests leave of court to address those matters in future motions.

Respectfully submitted,

TIMOTHY McCLAIN

_____/s/_____
By Counsel

Gretchen L. Taylor
Va. Bar No. 39087
Attorney for Timothy McClain
Taylor Law Company
10605 Judicial Drive, Suite A-5
Fairfax, Virginia 22030
(703) 385-5529 telephone
(703) 934-1004 facsimile
gretchen@taylorlawco.com

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on April 8, 2014, I will electronically file the foregoing pleading with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing (NEF) to:

Alexander Nguyen and Jay Prabhu
Assistant United States Attorneys
2100 Jamieson Avenue
Alexandria, Virginia 22314
(703)299-3700
Alexander.nguyen@usdoj.gov
Jay.prabhu@usdoj.gov

and all counsel of record.

_____/s/_____
Gretchen L. Taylor
Va. Bar #39087
Attorney for Timothy McClain
Taylor Law Company
10605 Judicial Drive, Suite A-5
Fairfax, Virginia 22030
(703)385-5529 telephone
(703)934-1004 facsimile
gretchen@taylorlawco.com