Date: 07-23-14    Judge: **LIAM O'GRADY**                Reporter: J. Egal
Time: 3:32  To  3:49                                     Interpreter: _____
                                                         Language: _____

UNITED STATES of AMERICA

vs.

TIMOTHY ROBERT McCLAIN                  1:13CR00383-011
Defendant's Name                         Case Number

Gretchen Taylor                          Alexander Nguyen and Richard Green
Counsel for Defendant                    Counsel for Government

Matter called for:
( ) Motions  ( ) Setting Trial Date  (X) Change of Plea Hrg.  ( ) Rule 35  ( ) Arraignment
( ) Appeal from USMC  ( ) Sentencing  ( ) Rule 20 & Plea  ( ) Probation/Supervised Release Hrg
( ) Pre-Indictment Plea  ( ) Other: _____

Defendant appeared:   (X) in person          ( ) failed to Appear
                      (X) with Counsel       ( ) without counsel       ( ) through counsel

Filed in open court:

(X) Criminal Information  (X) Plea Agreement  (X) Statement of Facts  (X) Waiver of Indictment

Arraignment & Plea:
( ) WFA  ( ) FA  (X) PG  ( ) PNG   Trial by Jury: ( ) Demanded  ( ) Waived

Defendant entered a Plea of Guilty pursuant to Rule 11(c)(1)(C) as to Count 1 of the Criminal Information (Class A Misdemeanor).

Defendant directed to USPO for PSI: (X) Yes    ( ) No
Case continued to  11/21/14  at  2:00 p.m.   for:  (X) Sentencing

Court accepts plea. Government's Motion to Dismiss the Indictment - GRANTED. Order entered and filed in open court. Defendant's oral motion to amend his conditions of release to allow him (under the direction of Pretrial Services) full access to the internet, and without objection from the government, is granted. Order entered and filed in open court.

Defendant is continued on present bond.

Email P.O. and Jury: X             Jury trial set: 10/07/14
LOG Red Book  X
Chambers calendar  X